

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
DEC 17 2013
CLERK

| UNITED STATES OF AMERICA, | Case: 4:13-cr-40094-KES |
|---|---|
| Plaintiff, | |
| v. | **PRELIMINARY ORDER OF FORFEITURE** |
| JOE CHARLES BECKER aka "Moses," | |
| Defendant. | |

Upon motion of the plaintiff for a preliminary order of forfeiture, the court finds:

1. As the result of the guilty plea to the indictment for which the United States sought forfeiture pursuant to 18 U.S.C. §, Joseph Charles Becker, aka Moses shall forfeit to the United States the following property:

   A. Black AT&T Samsung cellular telephone, serial number R21D55MCG6F.
   B. White cellular iPhone, FCC ID# BCG-E2430A.
   C. BlackBerry cellular phone, serial number 8065CC66.
   D. Metro PCS cellular phone, serial number 2XA7NB1141105796.
   E. Motorola cellular phone, serial number LG67PSE33CG.
   F. Apple laptop computer, serial number W80293NYAGV.
   G. Metro PCS cell phone (second), serial number W5P9KB9322604954.
   H. Apple iPad, serial number DVQHKAAQDFHW.
   I. Kindle tablet, model #3HT7G, FCC ID #ZHS-1013.

2. The court has determined, based on Joseph Charles Becker's plea agreement and consent to forfeiture, that he has an interest in the above property, that the property is subject to forfeiture pursuant to 18 U.S.C. §§ 1594

1

and 2428, and that the United States has established the requisite nexus between such property and such offenses, and that the above property is property that was used or intended to be used to commit the offense described in the indictment to which Joseph Charles Becker, aka Moses, has pled guilty.

NOW THEREFORE, IT IS HEREBY ORDERED

1. Upon the entry of this order, the United States is authorized to seize the above property for forfeiture, whether held by Joseph Charles Becker, aka Moses or by a third party, and to conduct any discovery proper in identifying, locating or disposing of the property subject to forfeiture, in accordance with Fed. R. Crim. P. 32.2(b)(3).

2. Upon the entry of this order, and pursuant to Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure and Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Cases, the United States shall post to www.forfeiture.gov, for a period of thirty consecutive days, notice of this order, notice of the United States' intent to dispose of the property according to law, and notice that any other person, other than Joseph Charles Becker, aka Moses, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with this court within thirty days of the final publication of notice, or receipt of actual notice whichever is earlier.

3. Further, the notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the

nature and extent of the petitioner's right, title or interest in the forfeited property, and any additional facts supporting the petitioner's claim and the relief sought.

4. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is identified, above, as a substitute for published notice as to those persons so notified.

5. Pursuant to Fed. R. Crim. P. 32.2(c)(2), if no third party files a timely petition, this preliminary order becomes the final order of forfeiture.

Date: December 17, 2013

BY THE COURT:

Karen E. Schreier
KAREN E. SCHREIER
United States District Judge

3